UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lenora D. Montgomery, Civil 01-35 JMR/FLN

Plaintiff,

v. REPORT & RECOMMENDATION

William J. Henderson,
Postmaster General,

Defendant.

---

1. The complaint in the above captioned case was filed on January 9, 2001.

2. On January 12, 2001, this court issued an order denying plaintiff's application to proceed in forma pauperis (IFP), and ordered the plaintiff to pay the filing fee or file an amended IFP application, on or before February 9, 2001.

3. On January 16, 2001, plaintiff filed with the court an amended IFP application.

4. On January 31, 2001, this court issued an order denying plaintiff's amended IFP application, and ordered plaintiff to pay the full filing fee of $150.00 within 20 days after the date of the order, failing which it would be recommended that the action be dismissed pursuant to Fed.R.Civ.P. 41(b).

5. To date, plaintiff has not complied with the terms of the court's order of January 31, 2001. Plaintiff has, however, submitted an undated letter, which was received by the court March 5, 2001, requesting the assistance of counsel, which the court will treat as plaintiff's motion for appointment of counsel.

MAR 15 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

RECOMMENDATION

Based upon the foregoing, IT IS RECOMMENDED that this action be SUMMARILY DISMISSED without prejudice pursuant to Fed.R.Civ.P. 41(b) for failure of plaintiff to comply with the terms of the court's order of January 31, 2001.

IT IS FURTHER RECOMMENDED that, in light of the court's recommendation that this action be dismissed, plaintiff's motion for appointment of counsel be DENIED.

DATED: March 15, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

Under D.Minn. LR 72.1(c)(2) any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by 3-30-01, a writing which specifically identifies those portions of this Report to which objections are made and the basis of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.