UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lenora D. Montgomery,

Plaintiff,

v.

William J. Henderson,
Postmaster General,

Defendant.

Civil 01-35 JMR/FLN

ORDER

---

On March 15, 2001, this Court issued a Report and Recommendation recommending that plaintiff's complaint be dismissed for failure to comply with the Court's order of January 31, 2001. It has been brought to the Court's attention, due to a miscommunication within the Clerk of Court's Office, that plaintiff has in fact paid the $150.00 filing fee in the above referenced case. The filing fee was paid on March 5, 2001. Therefore,

IT IS HEREBY ORDERED that the Report and Recommendation dated March 15, 2001, is VACATED. Plaintiff's case is allowed to proceed, with the summons being issued and the complaint being served on the defendant.

DATED: March 19, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

[illegible] 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK