UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lenora D. Montgomery,

Plaintiff,

v.

William J. Henderson,
Postmaster General,

Defendant.

Civil 01-35 JMR/FLN

**ORDER**

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on Plaintiff's Motion for Appointment of Counsel [#6].

The appointment of counsel in civil actions is a matter committed to the discretion of the trial court. Mosbry v. Mabry, 697 F.2d 213, 214 (8th Cir. 1982). Among the factors that the court should consider when determining whether to appoint counsel are the factual complexity of the case, the ability of the plaintiff to represent his claims, the complexity of the legal issues, and whether both the plaintiff and the court would benefit from the representation by counsel. Johnson v. Williams, 788 F.2d 1319, 1322-23 (8th Cir. 1986).

This case does not involve complex factual or legal issues. Plaintiff appears able to represent her claims, and it does not appear that the court would benefit from representation of Plaintiff by counsel.

Accordingly, and based upon the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for the Appointment of Counsel [#6] is **DENIED**.

DATED: April 23, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED APR 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK